# IN THE MISSOURI COURT OF APPEALS
## FEBRUARY 4, 2013
## WESTERN DISTRICT


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

--------------------------------------------------------------------------------------------------------

WD76518      James L. Hall vs. State ex rel, Chris Koster



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

--------------------------------------------------------------------------------------------------------

WD75895      State of Missouri vs. Adam Robert Martin
WD75971      State of Missouri vs. Jayson M. Simpson